# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 455 EAL 2017 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| MARC PERFETTO, | : | |
| | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 27th day of February, 2018, the Petition for Allowance of Appeal is **GRANTED**. The issues, as stated by Petitioner, are:

(1) Whether [the] Superior Court erred in determining that [the] Philadelphia Municipal Court - Traffic Division has sole jurisdiction over summary traffic offenses even when those charges are part of a single incident which also includes a misdemeanor and/or felony charges? Is this decision in conflict with 18 Pa.C.S. § 110, the 2002 amendment thereto removing jurisdiction as an element of the offense, its constitutional underpinnings, and decisions of this Court?

(2) Where the lower [c]ourt dismissed the prosecution under 18 Pa.C.S. § 110 because all the prongs of the test for dismissal under that statute were met, did the trial [c]ourt properly dismiss the charges?